No. D–1029. IN RE DISBARMENT OF KESSLER. It is ordered that Melvyn Kessler, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1030. IN RE DISBARMENT OF GULLER. It is ordered that Jeffrey M. Guller, of Gastonia, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1031. IN RE DISBARMENT OF WADE. It is ordered that E. Gene Wade, of Mesa, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1032. IN RE DISBARMENT OF BRILL. It is ordered that Marvin A. Brill, of Providence, R. I., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1033. IN RE DISBARMENT OF ROBBINS. It is ordered that Gerald Rockwood Robbins, of Arlington, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1034. IN RE DISBARMENT OF OSTROWE. It is ordered that Eugene Ostrowe, of Walled Lake, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1035. IN RE DISBARMENT OF MARCUS. It is ordered that Harold V. Marcus, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.